IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Tyrone A. Sims, ) | C/A No.: 2:14-cv-03005-TLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Carolyn W. Colvin, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The plaintiff, Tyrone A. Sims ("Plaintiff"), brought this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of a final decision of the Commissioner of Social Security ("Defendant"), denying Plaintiff's claims for disability insurance benefits. (ECF No. 1). This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Mary Gordon Baker (ECF No. 19) to whom this case was previously assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. In the Report, the Magistrate Judge recommends that the Commissioner's decision be reversed and the case remanded for further consideration as described in the Report. Objections were due by August 3, 2015. (ECF No. 19). Neither party filed objections.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not

1

required to give any explanation for adopting the recommendation.  See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Report (ECF No. 19) is **ACCEPTED.** Pursuant to sentence four of 42 U.S.C. § 405(g), the case is **REMANDED** to the Commissioner for further consideration as described in the Report.

**IT IS SO ORDERED**.

 s/Terry L. Wooten<br>
Chief United States District Judge

September 17, 2015  
Columbia, South Carolina

2